Allen BISHOP, Appellant,

v.

TYSON FOODS, INC., Appellee.

No. 09–3211.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 6, 2010.

Filed: April 22, 2010.

Allen Bishop, Fort Smith, AR, pro se.

Michael R. Jones, Christopher Fulton Woomer, Gilker & Jones, Mountainburg, AR, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Allen Bishop appeals the district court's[1] adverse grant of summary judgment in his Title VII and 42 U.S.C. § 1981 action. After de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006), we find no error in the district court's order, *see Anda v. Wickes Furniture Co.,* 517 F.3d 526, 531–32, 534 (8th Cir.2008) (elements of hostile-work-environment and constructive-discharge claims); *Sallis v. Univ. of Minn.,* 408 F.3d 470, 476 (8th Cir.2005) (elements of race-

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

discrimination claim). Accordingly, we affirm. *See* 8th Cir. R. 47B.